# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE MALDONADO, | ) NO. CV 11-2159-VAP (MAN) |
| Petitioner, | ) |
| v. | ) ORDER ADOPTING FINDINGS, |
| RAUL LOPEZ, WARDEN, | ) CONCLUSIONS, AND RECOMMENDATIONS |
| Respondent. | ) OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, all of the records herein, and the Report and Recommendation of United States Magistrate Judge ("Report"). The Court has conducted a *de novo* review of those matters to which Objections have been stated in writing. Having completed its review, the Court accepts and adopts the Report and the findings of fact, conclusions of law, and recommendations therein.

IT IS ORDERED that: (1) the Petition is denied; and (2) Judgment shall be entered dismissing this action with prejudice.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Petitioner.

     LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:   April 28, 2011           .

_____
     VIRGINIA A. PHILLIPS
     UNITED STATES DISTRICT JUDGE