**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GEORGE MALDONADO,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>RAUL LOPEZ, WARDEN,<br><br>　　　　　Respondent. | NO. CV 11-2159-VAP (MAN)<br><br>JUDGMENT |

Pursuant to the Court's Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: April 28, 2011.

　　　　　　　　　　　　　　　　　/s/ Virginia A. Phillips
　　　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE